IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCANTIBODIES LABORATORY, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>      Defendant. | 14 Civ. 2275 (JGK) |

**PLEASE TAKE NOTICE THAT** Robert Glunt of Mandel Bhandari LLP hereby appears on behalf of Plaintiff Scantibodies Laboratory, Inc.

DATED:    New York, New York
               August 7, 2014

                                     MANDEL BHANDARI LLP

                          By:  /s/ Robert Glunt
                               Robert Glunt
                               11 Broadway, Suite 615
                               New York, New York 10004
                               Office: (212) 269-5600
                               Fax:   (646) 969-6667
                               glunt@mandelbhandari.com

                               *Attorneys for Plaintiff Scantibodies Laboratory, Inc.*