AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCANTIBODIES LABORATORY, INC., <br> *Plaintiff* <br> v. <br> CHURCH & DWIGHT CO., INC. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:14-cv-02275 (JGK) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHURCH & DWIGHT CO., INC.

Date: 8/14/2014

*Attorney's signature*

Elias Schilowitz
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Address*

eschilowitz@proskauer.com
*E-mail address*

212-969-3000
*Telephone number*

212-969-2999, Attn: Elias Schilowitz
*FAX number*