AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YOR

| | | |
|---|---|---|
| SCANTIBODIES LABORATORY, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.   1: 14-cv-02275 (JGK) |
| CHURCH & DWIGHT CO., INC. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHURCH & DWIGHT CO., INC.

Date:   08/14/2014

*Attorney's signature*

Nancy Sher Cohen  Bar # NC-2129
*Printed name and bar number*

2049 Century Park East, Ste. 3200
Los Angeles, CA 90067-3206
*Address*

ncohen@proskauer.com
*E-mail address*

(310) 557-2900
*Telephone number*

(310) 557-2193
*FAX number*