UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SCANTIBODIES,

                Plaintiff(s),

                              **NOTICE OF COURT CONFERENCE**

-against-

CHURCH & DWIGHT,                              14 civ 2275 (JGK)

                Defendant(s).
--------------------------------------------------------X

To All Parties,

        You are directed to appear for a disccovery conference, to be held on **Thursday, September 4, 2014,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

        **All requests for adjournments must be made in writing to the Court.**

        For any further information, please contact the Court at (212) 805-0107.

                                                      **Don Fletcher**
                                         **Courtroom Case Manager**

Dated: New York, New York
           August 14, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2014
```