UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SCANTIBODIES,

                Plaintiff(s),

-against-

CHURCH & DWIGHT,

                Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**
(AMENDED)

14 civ 2275 (JGK)

To All Parties,

    You are directed to appear for a discovery conference, to be held on **Thursday, September 4, 2014,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
**Courtroom Case Manager**

Dated: New York, New York
       August 14, 2014

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 8/14/2014