UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCANTIBODIES LABORATORY, INC.,

      Plaintiff,

- against -

CHURCH & DWIGHT CO., INC.,

      Defendant.

14 Civ. 2275 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The Clerk is directed to **close Docket No. 20.**

SO ORDERED.

Dated: New York, New York
    September _/_, 2014

              _____
               John G. Koeltl
              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/2/14