

## MANDEL BHANDARI LLP

11 Broadway │ Suite 615 │ New York, NY │ 10004 │ T. (212) 269-5600 │ F. (646) 964-6667 │ www.mandelbhandari.com

September 2, 2014

**BY ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Scantibodies Laboratory, Inc., v. Church & Dwight Co., Inc.,
              Case No.: 1:14-cv-02275 (JGK)</u>

Dear Judge Koeltl:

      We represent Plaintiff Scantibodies Laboratories Inc. ("SLI") in the above-captioned action against Defendant Church & Dwight ("C&D").  We write concerning the discovery conference currently scheduled for September 4, 2014.  Specifically, we request that Rishi Bhandari, an attorney at our firm representing SLI, be permitted to participate in the conference by telephone.  Another attorney from our firm, with full knowledge of the issues currently before the Court, will also attend the discovery conference in person.  Defendants do not object to this request.

      The parties have met and conferred extensively concerning the discovery disputes that are before the Court in connection with the September 4, 2014 conference.  Mr. Bhandari has personally participated in many of these discussions.  While another attorney from our firm will be present to argue on behalf of SLI, Plaintiff believes that Mr. Bhandari's participation may be useful to the extent that the negotiating history between the parties becomes relevant and the Court wishes to speak with the attorneys who personally took part in those discussions.  Because Mr. Bhandari is out of town for a mediation, Plaintiff requests that he be permitted to participate in the conference, to the extent necessary, by telephone.

                                                 Respectfully Submitted,

                                                 Rob Glunt

                                                 Robert Glunt

Cc:    Counsel for Defendant
        (via ECF)