

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

September 2, 2014

Jordan B. Leader
Senior Counsel
d 212.969.3922
f 212.969.2900
jleader@proskauer.com
www.proskauer.com

By ECF

Hon. John G. Koeltl
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Scantibodies Laboratory, Inc. v. Church & Dwight Co., Inc.* 14 Civ. 2275 (JGK)

Dear Judge Koeltl:

We represent defendant Church & Dwight Co., Inc. ("Church & Dwight") in the above-referenced action. We write to confirm that Church & Dwight has no objection to the application of Plaintiff Scantibodies Laboratories Inc. ("SLI") to have Mr. Bhandari appear by telephone for the conference on September 4. We also wish to advise the Court that we will be filing a letter later today responding to Mr. Bhandari's letter that initiated this conference.

Respectfully submitted,

Jordan B. Leader

cc:   counsel of record via ECF