```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCANTIBODIES LABORATORY, INC.,
                    Plaintiff,

    -v-                                                      14 CIVIL 2275 (JGK)(DCF)

## JUDGMENT

CHURCH & DWIGHT CO., INC.,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation of Dismissal dated December 7, 2018, all claims in this case having been resolved, judgment is entered dismissing the plaintiff's claims against the defendant with prejudice and dismissing the counterclaims of the defendant against the plaintiff with prejudice. Each party is to bear its own costs and attorney's fees with respect to the counterclaim for conversion only.

**Dated:**  New York, New York
          December 10, 2018

                                                          RUBY J. KRAJICK

                                                          **Clerk of Court**
                    **BY:**                  _[signature]_
                                                          **Deputy Clerk**